IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PENN-AMERICA INS. CO.,               *

        Plaintiff,            *

v.                         Case No. 7:25-cv-171 (WLS)

                         *

BAYTREE PIER, LLC d/b/a THE PIER BAR,
et al.,                     *

        Defendants.        *

_____

## J U D G M E N T

Pursuant to this Court's Order dated April 22, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Plaintiff.

This 22nd day of April, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk